**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 01-6238**

—————

FRANK EDMOND MILANO,

                                  Petitioner - Appellant,

    versus

RICK JACKSON, Superintendent, Brown Creek
Correctional Institution,

                                  Respondent - Appellee.

—————

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte. Graham C. Mullen, Chief
District Judge. (CA-99-327-3-MU)

—————

Submitted: August 23, 2001         Decided: August 29, 2001

—————

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

—————

Dismissed by unpublished per curiam opinion.

—————

Frank Edmond Milano, Appellant Pro Se. Diane Appleton Reeves,
NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for
Appellee.

—————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Frank Edmond Milano seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Milano v. Jackson, No. CA-99-327-3-MU (W.D.N.C. filed Jan. 4, 2001, entered Jan. 8, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2